IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., | Nos. C 08-01184 SI and C 08-1190 SI |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| ALDERWOODS GROUP, INC., et al., | |
| Defendants. | |
| _____ | |
| CLAUDE BRYANT, et al., | |
| Plaintiffs, | |
| v. | |
| SERVICE CORP. INT'L, et al., | |
| Defendants. | |
| _____/ | |

Defendants in the case of *Bryant v. Service Corporation International*, No. C 08-1190, are ordered to produce all discovery ordered in this Court's March 27 Order <u>within 21 days of the filing of this Order</u>. Defendants in both cases shall renotice their motions to dismiss for <u>May 22, 2009 at 9:00</u>. A case management conference is hereby scheduled in both cases for <u>July 24, 2009 at 3:00</u>.

**IT IS SO ORDERED.**

Dated: March 27, 2009

SUSAN ILLSTON
United States District Judge