BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　　　　Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME　　　　　　　　CASE NO.:  3:08-CV-01184 SI

1

1   **IT IS SO ORDERED:**                Honorable Susan Illston
2                                        United States District Court
3                                        _____
4
5   **AGREED TO:**
6
7
8   By: /s/ Annette Gifford              By: /s/ John A. Mason
        J. Nelson Thomas (*pro hac vice*)    Steven H. Gurnee
9       Patrick J. Solomon (*pro hac vice*)  Nicholas P. Forestiere
        Annette Gifford (*pro hac vice*)     John A. Mason
10      THOMAS & SOLOMON LLP                 GURNEE & DANIELS LLP
        693 East Avenue                      2240 Douglas Blvd, Suite 150
11      Rochester, NY  14607                 Roseville, CA 95648
12      Telephone:  585-272-0540             Telephone:  916-797-3100
        Facsimile:  585-272-0574             Facsimile:  916-797-3131
13
        Robert M. Bodzin, State Bar No. 201327   Counsel for Defendant
14      BURNHAM BROWN
        P.O. Box 119
15      Oakland, CA 94604
        Telephone: (510) 835-6833
16      Facsimile:  (510) 835-6666
17
        Charles H. Saul (*pro hac vice*)
18      MARGOLIS EDELSTEIN
        525 William Penn Place
19      Suite 3300
        Pittsburgh, PA 15219
20      Telephone:  412-281-4256
21      Facsimile:  412-642-2380
22      Counsel for Plaintiffs
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING TIME                CASE NO.:  3:08-CV-01184 SI

2