1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM HELM, et al., on behalf of      )  **CASE NO.  3:08-CV-01184 SI**
   themselves and all other employees and former )
12 employees similarly situated,            )
                                            )
13                                          )  **[PROPOSED] ORDER PERMITTING**
                 Plaintiffs,                )  **TELEPHONIC APPEARANCES AT**
14      vs.                                 )  **CASE MANAGEMENT CONFERENCE**
                                            )
15 ALDERWOODS GROUP, INC.,                  )
                                            )
16            Defendant.                    )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19 _____)

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21 as follows:

22      1.      Plaintiffs and Defendant shall attend the Case Management Conference set for

23 **February 18, 2011 at 3:00 p.m** by telephonic appearance.

24

25

26

27

28
   **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE**                                        1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

2/11/11

_____

Honorable Susan Illston
United States District Court

**AGREED TO:**

By: /s/ Sarah Cressman

J. Nelson Thomas (*pro hac vice*)
Patrick J. Solomon (*pro hac vice*)
Annette Gifford (*pro hac vice*)
Sarah Cressman (*pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY  14607
Telephone:  585-272-0540
Facsimile:  585-272-0574

Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666

Charles H. Saul (*pro hac vice*)
Liberty J. Weyandt (*pro hac vice pending*)
Kyle T. McGee (*pro hac vice*)
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone:  412-281-4256
Facsimile:  412-642-2380

Counsel for Plaintiffs

By: /s/ John A. Mason

Steven H. Gurnee
David M. Daniels
John A. Mason
GURNEE & DANIELS LLP
2240 Douglas Blvd, Suite 150
Roseville, CA 95648
Telephone:  916-797-3100
Facsimile:  916-797-3131

Counsel for Defendant

**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**                     2

Case No.:  3:08-CV-01184 SI